UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

GEORGE H. SAENZ,

        Plaintiff,

v.

TRANS UNION, LLC,

        Defendant.

CV 05-1206-PK

OPINION AND ORDER

REDDEN, Judge:

On June 4, 2007, Magistrate Judge Papak issued his Findings and Recommendation (doc. 74) in the above-captioned case, recommending defendant's motion for summary judgment (doc. 43) be denied. Magistrate Judge Papak also recommended defendant's alternative motion for partial summary judgment be granted as to each of plaintiff's claims alleging defendant's violation of 15 U.S.C. § 1681e(b), but denied in all other respects.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. The magistrate judge only makes recommendations to the

district court, and any party may file written objections to those recommendations. When a party timely objects to any portion of the magistrate's judge's Findings and Recommendation, the district court must conduct a *de novo* review of the portions of the Findings and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982). The district court is not required to review the factual and legal conclusions of the magistrate judge, to which the parties do not object. Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003).

The parties timely filed objections. Upon review of the parties objections, I agree with Magistrate Papak's analysis and recommendation. Thus, I ADOPT Magistrate Judge Papak's Findings and Recommendation as my own opinion.

IT IS SO ORDERED.

DATED this 15 day of August, 2007.

/s/ James A. Redden
James A. Redden
Senior United States District Judge